GEORGE W. NOWELL (SBN: 83868)
JOHN H. CIGAVIC III (SBN: 231806)
LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344
Attorneys for Plaintiff:
TOKIO MARINE & FIRE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| TOKIO MARINE & FIRE INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>M/V SAGA HORIZON, her engines, tackle, machinery, appurtenances, etc., <u>in rem;</u> and SAGA FOREST CARRIERS INTERNATIONAL A/S, <u>in personam</u>,<br><br>Defendants. | CASE NO.: **(CV 05-03118 SI)**<br><br>**PLAINTIFF'S REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE FROM 1 DECEMBER 2005 TO 13 JANUARY 2005 AND PROPOSED REVISED CASE MANAGEMENT CONFERENCE SCHEDULE** |

COMES NOW PLAINTIFF Tokio Marine & Fire Insurance Company ("Plaintiff") and moves and requests the Court reschedule the Case Management Conference, pursuant to Fed. R. Civ. Proc. 16 (b) and Civil L. R. 16-2 and 16-10, from the ordered date of 1 December 2005 until on or about 13 January 2006.

Plaintiff brings this request without stipulation because, at the time of this filing, the Defendants have not yet appeared in this action. Plaintiff requests this extension of time due to the above referenced nonappearance and consequent inability to formally comply with this

1

**PLAINTIFF'S REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND PROPOSED REVISED CASE MANAGEMENT CONFERENCE SCHEDULE**
**(CV 05- 03118-SI)**

Courts' Case Management Conference Order.

WHEREFORE, Plaintiff requests this Court reschedule the Case Management Conference to on or about 13 January 2005, as noted above, or as soon thereafter as is convenient for the Court.

Plaintiff proposes the following dates anticipating a rescheduling of the Case Management Conference from 1 December 2005 until on or about 13 January 2006:

| Date | Event |
|---|---|
| 12/19/2005 | Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan pursuant to Fed. R. Civ. Proc. 26 (f) & ADR Local Rule 3-5. |
| 12/19/2005 | Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference pursuant to Local Rule 16-8. |
| 1/9/2006 | Last day to complete initial disclosures or state objection in Rule 26 (f) Report, file/serve Case Management Statement, and file/serve Rule 26 (f) Report pursuant to Fed. R. Civ. Proc. 26 (a) (1) and Civil Local Rule 16-9. |
| 1/13/2006 | Case Management Conference. |

Dated: November 28, 2005          **LAW OFFICES OF GEORGE W. NOWELL**

By: _____/S/_____
JOHN H. CIGAVIC III
Attorneys for Plaintiff
TOKIO MARINE & FIRE INSURANCE COMPANY



IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

**PLAINTIFF'S REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND PROPOSED REVISED CASE MANAGEMENT CONFERENCE SCHEDULE**
**(CV 05- 03118-SI)**

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

P1128.2005-1647