IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOKIO MARINE & FIRE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>   v.<br><br> M/V SAGA TIDE ET AL,<br><br>          Defendant. | No. C 05-03118 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>April 14, 2006</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>July 7, 2006</u>.

DESIGNATION OF EXPERTS: <u>6/2/06</u>; REBUTTAL: <u>n/a</u>.
       Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>July 7, 2006</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>July 28, 2006</u>;

       Opp. Due <u>August 11, 2006</u>; Reply Due <u>August 18, 2006</u>;

       and set for hearing no later than <u>September 1, 2006</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>October 10, 2006</u> at <u>3:30 PM</u>.

COURT TRIAL DATE: <u>October 23, 2006</u> at <u>8:30 AM.</u>,
       Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be <u>three</u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The ENE session shall occur prior to the next case management conference.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 1/17/06

                                                          _____
                                                          SUSAN ILLSTON
                                                          United States District Judge