GEORGE W. NOWELL (SBN: 83868)
JOHN H. CIGAVIC III (SBN: 231806)
LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344
Attorneys for Plaintiff:
TOKIO MARINE & FIRE
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| TOKIO MARINE & FIRE INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>M/V SAGA HORIZON, her engines, tackle, machinery, appurtenances, etc., in rem; and SAGA FOREST CARRIERS INTERNATIONAL A/S, in personam,<br><br>Defendants. | CASE NO.: **(CV 05-03118 SI)**<br><br>**STIPULATION BETWEEN PLAINTIFF AND DEFENDANT TO RESCHEDULE CASE MANAGEMENT CONFERENCE FROM 14 APRIL 2006 TO 14 JULY 2006**<br><br>DATE: 14 April 2006<br><br>LOCATION: Courtroom 170, 19th Floor<br><br>EVENT: Case Management Conference<br><br>JUDGE: Hon. Susan Illston |

COME NOW PLAINTIFF Tokio Marine & Fire Insurance Company ("plaintiff") and Saga Forest Carriers International A/S ("defendant") and file this stipulation requesting the Court reschedule the Case Management Conference from the ordered date of 14 April 2006 until on or about 14 July 2006.

Plaintiff and defendant do hereby stipulate to and request that the Case Management Conference scheduled for 14 April 2006 be taken off calendar and continued until 14 July 2006, or as soon thereafter as the Court deems necessary.

1

**STIPULATION BETWEEN PLAINTIFF AND DEFENDANT TO RESCHEDULE CASE MANAGEMENT CONFERENCE FROM 14 APRIL 2006 TO 14 JULY 2006 (CV 05- 03118-SI)**

P0404.2006-1647

Plaintiff and defendant enter this stipulation and make this request because the parties have agreed to settle this case but may not be able to timely file a dismissal of this action before 7 April 2006, the present deadline for the Second Joint Case Management Conference Statement.

WHEREFORE, plaintiff and defendant request this Court reschedule the Case Management Conference to on or about 14 July 2006 for the reasons outlined above or as soon thereafter as is convenient for the Court.

Dated: 4 April 2006         **LAW OFFICES OF GEORGE W. NOWELL**

By: _/S/_
JOHN H. CIGAVIC III
Attorneys for Plaintiff
TOKIO MARINE & FIRE INSURANCE COMPANY

Dated: 4 April 2006         **FLYNN, DELICH & WISE**

By: _/S/_
JAMES NEBEL
Attorneys for Defendants
M/V SAGA TIDE and SAGA FOREST CARRIERS INTERNATIONAL

IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

2

**STIPULATION BETWEEN PLAINTIFF AND DEFENDANT TO RESCHEDULE CASE MANAGEMENT CONFERENCE FROM 14 APRIL 2006 TO 14 JULY 2006 (CV 05- 03118-SI)**

P0404.2006-1647